FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUN -1 PM 2: 14

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOE HILLS, JR., ) <br> ) <br> Defendant. ) | CASE NO. 1:06-CR-00109-DHB-WLB |

## ORDER

The Court, having read and considered the Motion to Substitute Payee of Restitution by the United States of America, and good cause appearing, it is:

ORDERED, ADJUDGED and DECREED that Augusta Metro Federal Credit Union be substituted for Augusta Seaboard System Federal Credit Union as a payee to receive restitution in the above-referenced matter. The Clerk of Court is directed to submit to Augusta Metro Federal Credit Union, ATTN: Robin Amerman, CEO, P.O. Box 213089, Augusta, GA 30917 any and all restitution payments that remain outstanding and owed under the judgment to Augusta Seaboard System Federal Credit Union.

This 1st day of June, 2015.

HON. DUDLEY H. BOWEN, JR.
U.S. DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA